UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                             Case No. 15-16303

    Phyllis M Ibarra

    Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 05/07/2015.

2) The plan was confirmed on 06/26/2015.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was completed on 12/28/2017.

6) Number of months from filing to last payment: 32.

7) Number of months case was pending: 34.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $5,650.00.

10) Amount of unsecured claims discharged without payment: $52,589.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $6,128.50 |
| Less amount refunded to debtor | $74.23 |

**NET RECEIPTS:** $6,054.27

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,780.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $285.24 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $3,065.24

Attorney fees paid and disclosed by debtor:     $1,220.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET & LEE LLP | Unsecured | 7,077.00 | 2,544.50 | 2,544.50 | 2,544.50 | 0.00 |
| DIRECTV | Unsecured | 100.00 | 108.65 | 108.65 | 108.65 | 0.00 |
| DISH NETWORK | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| DIVERSEY MEDICAL CENTER | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| DRS PEARLMAN KLENETSKY & SIM( | Unsecured | 1,022.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST EMERGENCY MED | Unsecured | 403.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST MEMORIAL HEALTHCAF | Unsecured | 2,127.00 | NA | NA | 0.00 | 0.00 |
| ELMHURST RADIOLOGY | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| EOS CCA | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| FRANKLIN PARK MEDICAL CENTER | Unsecured | 550.00 | NA | NA | 0.00 | 0.00 |
| GEORGE TSATSOS DPM | Unsecured | 163.00 | NA | NA | 0.00 | 0.00 |
| GOTTLIEB MEMORIAL HOSPITAL/NA | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| GRAND DENTAL ASSOCIATES/IC SYS | Unsecured | 680.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA NA | Unsecured | 750.00 | NA | NA | 0.00 | 0.00 |
| IC SYSTEM INC | Unsecured | 716.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SE | Unsecured | 79.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPITAL ONE | Unsecured | 2,544.00 | NA | NA | 0.00 | 0.00 |
| LOU HARRIS COMPANY | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| LOYOLA UNIVERSITY MEDICAL CEN | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| LUIS A COURET MD | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| MANUEL G IGLESIAS MD | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MERCADO FOOT & ANKLE CENTER/ | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| NA PARTNERS IN ANESTHESIA IL/C | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| NCNS | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| ORTHOPEDIC SPECIALISTS SC | Unsecured | 203.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| PEDIATRICS UNLIMITED LLC | Unsecured | 130.00 | NA | NA | 0.00 | 0.00 |
| PETERSON MEDICAL SUGICENTER | Unsecured | 30,000.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| RECEIVABLES PERFORMANCE MGM | Unsecured | 2,544.00 | NA | NA | 0.00 | 0.00 |
| RESURRECTION AMBULATORY SER | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| COMPUTER CREDIT INC | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| ACORN PODIATRY CENTER | Unsecured | 275.00 | NA | NA | 0.00 | 0.00 |
| ALEXIAN BROTHERS MEDICAL CENT | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,415.00 | NA | NA | 0.00 | 0.00 |
| RIVER GROVE MEDICAL PARTNERS | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| SIFATUR SAYEED MD | Unsecured | 128.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN/1ST FINL INVESTN | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN EYE ASSOCIATES | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 1,124.00 | NA | NA | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK BANK | Unsecured | 1,182.00 | NA | NA | 0.00 | 0.00 |
| VERIZON | Unsecured | 342.00 | 335.88 | 335.88 | 335.88 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$2,989.03** | **$2,989.03** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $3,065.24 |
| Disbursements to Creditors | $2,989.03 |
| **TOTAL DISBURSEMENTS** : | **$6,054.27** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/21/2018         By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**